| | |
|---|---|
| In re: TYLER LEASE MEIGGS | Case No.     20-10616 CN |
| | **Amended** |
| | **CHAPTER 11** |
| | **MONTHLY OPERATING REPORT** |
| | **(SMALL REAL ESTATE/INDIVIDUAL CASE)** |

### SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** ▓▓▓▓ 5/31/2021     **PETITION DATE:**    11/24/20

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in    $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | | | |
| | b. Total Assets | | | |
| | c. Current Liabilities | $0 | | |
| | d. Total Liabilities | $1,705,000 | | |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | | | |
| | b. Total Disbursements | | | |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | | | |
| | d. Cash Balance Beginning of Month | | | |
| | e. Cash Balance End of Month (c + d) | | | |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | **Profit/(Loss) from the Statement of Operations** | | | |
| 5. | **Account Receivables (Pre and Post Petition)** | | | |
| 6. | **Post-Petition Liabilities** | | | |
| 7. | **Past Due Post-Petition Account Payables (over 30 days)** | | | |

At the end of this reporting month:

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | s | |
| 13. | Are a plan and disclosure statement on file? | | X |
| 14. | Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes ___ ;    U.S. Trustee Quarterly Fees ✓ ; Check if filing is current for: Post-petition tax reporting and tax returns: ___ .
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 6/18/21             Responsible Individual

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

|   |  | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | | | |
| 2 | Scheduled Gross Rents | | | |
|   | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | $0 |
| 7 | Scheduled Net Rents | $0 | $0 | $0 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $0 | $0 | $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

|   |  | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | Wells Fargo | Charles Schwab | |
| 11 | Account No. | 298451 9450 | 5776-3340 | |
| 12 | Account Purpose | D.I.P. | investment | |
| 13 | Balance, End of Month | 9,178.89 | 80,338.67 | |
| 14 | Total Funds on Hand for all Accounts | 89,517.56 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

| Assets | | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, etc.) | | |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | | $5,000 |
| 4 | Other: | | |
| 5 | | | |
| 6 | **Total Current Assets** | | $5,000 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | |
| 8 | Real property (rental or commercial) | | $1,322,003 |
| 9 | Furniture, Fixtures, and Equipment | | $1,000 |
| 10 | Vehicles | | $31,000 |
| 11 | Partnership interests | | |
| 12 | Interest in corportations | | |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | | |
| 15 | Other: | | |
| 16 | | | |
| 17 | **Total Long Term Assets** | | $1,354,003 |
| 18 | **Total Assets** | | $1,359,003 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | |
| 23 | Other: | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $0 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $0 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | |
| 29 | Secured claims (other) | | $1,684,000 |
| 30 | Priority unsecured claims | | $0 |
| 31 | General unsecured claims | | $21,000 |
| 32 | **Total Pre-Petition Liabilities** | | $1,705,000 |
| 33 | **Total Liabilities** | | $1,705,000 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | |
| 35 | **Total Liabilities and Equity (Deficit)** | | $1,705,000 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals, familiarity with comparable market prices, etc.) and the date the value was determined.

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended  5/31/2021

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Insurance claim | 8,495.53 | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | | |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | Insurance | 122.61 | |
| 33 | Utilities | 213.73 | |
| 34 | Misc. Living Expenses   education | 100.20 | |
| 35 | Food | 677.16 | |
| 36 | Pharmacy | 34.45 | |
| 37 | **Total Cash Disbursements:** | 1,148.15 | |
| 38 | **Net Increase (Decrease) in Cash** | | |
| 39 | **Cash Balance, Beginning of Period** | | |
| 40 | **Cash Balance, End of Period** | 9,178.89 | |

Revised 1/1/98



Schwab One® Account of
**TYLER L MEIGGS**



## Manage Your Account

**Questions about this statement**
1 (800) 435-4000 - 24/7 Customer service
**For the most current records on your account visit us at**
schwab.com/login *Statements are archived up to 10 years online*

95062-4343

TYLER L MEIGGS
930 35TH AVE
SANTA CRUZ CA

## Commitment to Transparency

Client Relationship Summaries and Best Interest disclosures at schwab.com/transparency

05/28-00000-TTIG3024-183353 *



# Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS:**
This Account statement is furnished solely by Charles Schwab & Co., Inc. ("Schwab") for your Account at Schwab ("Account"). Unless otherwise defined herein, capitalized terms have the same meanings as in your Account Agreement. If you receive any other communication from any source other than Schwab which purports to represent your holdings at Schwab (including balances held at a Depository Institution) you should verify its content with this statement.
**AIP (Automatic Investment Plan) Customers:** Schwab receives remuneration in connection with certain transactions effected through Schwab. If you participate in a systematic investment program through Schwab, the additional information normally detailed on a trade confirmation will be provided upon request.
**Average Daily Balance:** Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest.
**Bank Sweep and Bank Sweep for Benefit Plans Features:** Schwab acts as your agent and custodian in establishing and maintaining your Deposit Account(s) as a feature of your brokerage account(s). Deposit accounts held through bank sweep features constitute direct obligations of one or more FDIC insured banks ("Affiliated Banks") that are affiliated with Schwab and are not obligations of Schwab. Funds swept to Affiliated Banks are eligible for deposit insurance from the FDIC up to the applicable limits for each bank for funds held in the same insurable capacity. The balance in the Deposit Accounts can be withdrawn on your order and the proceeds returned to your brokerage account or remitted to you as provided in your Account Agreement. For information on FDIC insurance and its limits, as well as other important disclosures about the bank sweep feature(s) in your account, please refer to the Cash Features Disclosure Statement available online or from a Schwab representative.
**Cash:** Any Free Credit Balance owed by us to you payable upon demand which, although accounted for on our books of record, is not segregated and may be used in the conduct of this firm's business.
**Dividend Reinvestment Customers:** Dividend reinvestment transactions were effected by Schwab acting as a principal for its own account, except for the reinvestment of Schwab dividends, for which an independent broker-dealer acted as the buying agent. Further information on these transactions will be furnished upon written request.
**Interest:** For the Schwab One Interest, Bank Sweep, and Bank Sweep for Benefit Plans features, interest is paid for a period that may differ from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its Affiliated Banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. For the Schwab One Interest feature, interest accrues daily from the second-to-last business day of the prior month and is posted on the second-to-last business day of the current month. For the bank sweep feature(s), interest accrues daily from the 16th day of the prior month and is credited/posted on the first business day after the 15th of the current month. If, on any given day, the interest that Schwab calculates for the Free Credit Balances in the Schwab One Interest feature in your brokerage account is less than $.005, you will not accrue any interest on that day. For balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features, interest will accrue even if the amount is less than $.005.
**Margin Account Customers:** This is a combined statement of your margin account and special memorandum account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection.

Securities purchased on margin are Schwab's collateral for the loan to you. It is important that you fully understand the risks involved in trading securities on margin. These risks include:
• You can lose more funds than you deposit in the margin account.
• Schwab can force the sale of securities or other assets in any of your account(s) to maintain the required account equity without contacting you.
• You are not entitled to choose which assets are liquidated nor are you entitled to an extension of time on a margin call.
• Schwab can increase both its "house" maintenance margin requirements and the maintenance margin requirements for your Account at any time without advance written notice to you.
**Market Price:** The most recent price evaluation available to Schwab on the last business day of the report period, normally the last trade price or bid as of market close. Unpriced securities denote that no market evaluation update is currently available. Price evaluations are obtained from outside parties. Schwab shall have no responsibility for the accuracy or timeliness of any such valuations. Pricing of assets not held at Schwab is for informational purposes only. Some securities, especially thinly traded equities in the OTC market or foreign markets, may not report the most current price and are indicated as Stale Priced. For Limited Partnerships and Real Estate Investment Trust (REIT) securities, you may see that the value reflected on your monthly account statement for this security is unpriced. NASD rules require that certain Limited Partnerships (direct participation programs) and Real Estate Investment Trust (REIT) securities, that have not been priced within 18 months, must show as unpriced on customer statements. Note that these securities are generally illiquid, the value of the securities will be different than its purchase price, and, if applicable, that accurate valuation information may not be available.
**Market Value:** The Market Value is computed by multiplying the Market Price by the Quantity of Shares. This is the dollar value of your present holdings in your specified Schwab Account or a summary of the Market Value summed over multiple accounts.
**Non-Publicly Traded Securities:** All assets shown on this statement, other than certain direct investments which may be held by a third party, are held in your Account. Values of certain Non-Publicly Traded Securities may be furnished by a third party as provided by Schwab's Account Agreement. Schwab shall have no responsibility for the accuracy or timeliness of such valuations. The Securities Investor Protection Corporation (SIPC) does not cover many limited partnership interests.
**Schwab Sweep Money Funds:** Includes the primary money market funds into which Free Credit Balances may be automatically invested pursuant to your Account Agreement. Schwab or an affiliate acts and receives compensation as the Investment Advisor, Transfer Agent, Shareholder Service Agent and Distributor for the Schwab Sweep Money Funds. The amount of such compensation is disclosed in the prospectus. The yield information for Schwab Sweep Money Funds is the current 7-day yield as of the statement period. Yields vary. If on any given day, the accrued daily dividend for your selected sweep money fund as calculated for your account is less than ½ of 1 cent ($0.005), your account will not earn a dividend for that day. In addition, if you do not accrue at least 1 daily dividend of $0.01 during a pay period, you will not receive a money market dividend for that period. Schwab and the Schwab Sweep Money Funds investment advisor may be voluntarily reducing a portion of a Schwab Sweep Money Fund's expenses. Without these reductions, yields would have been lower.
**Securities Products and Services:** Securities products and services

are offered by Charles Schwab & Co., Inc., Member SIPC. Securities products and services, including unswept intraday funds and net credit balances held in brokerage accounts are not deposits or other obligations of, or guaranteed by, any bank, are not FDIC insured, and are subject to investment risk and may lose value. SIPC does not cover balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features. Please see your Cash Feature Disclosure Statement for more information on insurance coverage.
**Yield to Maturity:** This is the actual average annual return on a note if held to maturity.
**Gain (or Loss):** Unrealized Gain or (Loss) and Realized Gain or (Loss) sections ("Gain/Loss Section(s)") contain a gain or a loss summary of your Account. This information has been provided on this statement at the request of your Advisor, if applicable. This information is not a solicitation or a recommendation to buy or sell. **Schwab does not provide tax advice and encourages you to consult with your tax professional. Please view the Cost Basis Disclosure Statement for additional information on how gain (or loss) is calculated and how Schwab reports adjusted cost basis information to the IRS.**
**Accrued Income:** Accrued Income is the sum of the total accrued interest and/or accrued dividends on positions held in your Account, but the interest and/or dividends have not been received into your account. Schwab makes no representation that the amounts shown (or any other amount) will be received. Accrued amounts are not covered by SIPC account protection until actually received and held in the Account.
**IN CASE OF ERRORS OR DISCREPANCIES:  If you find an error or discrepancy relating to your brokerage activity (other than an electronic fund transfer) you must notify us promptly, but no later than 10 days after this statement is sent or made available to you. If this statement shows that we have mailed or delivered security certificate(s) that you have not received, notify Schwab immediately. You may call us at 800-435-4000. (Outside the U.S., call +1-415-667-8400.) If you're a client of an independent investment advisor, call us at 800-515-2157.  Any oral communications should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). If you do not so notify us, you agree that the statement activity and Account balance are correct for all purposes with respect to those brokerage transactions.**
**IN CASE OF COMPLAINTS:** If you have a complaint regarding your Schwab statement, products or services, please write to the Client Advocacy Team at Charles Schwab & Co., Inc., Attention: Client Advocacy Team, 211 Main St., San Francisco, CA 94105, USA, or call Schwab Signature Alliance at 800-515-2157.
**Address Changes:** If you fail to notify Schwab in writing of any change of address or phone number, you may not receive important notifications about your Account, and trading or other restrictions might be placed on your Account.
**Additional Information:**
We are required by law to report to the Internal Revenue Service adjusted cost basis information (if applicable), certain payments to you and credits to your Account during the calendar year. Retain this statement for income tax purposes. A financial statement for your inspection is available at Schwab's offices or a copy will be mailed to you upon written request. Any third party trademarks appearing herein are the property of their respective owners. Schwab and Charles Schwab Bank are affiliates of each other and subsidiaries of the Charles Schwab Corporation.

© 2016 Charles Schwab & Co., Inc. ("Schwab"). All rights reserved. Member SIPC.
(0221-117W)



Schwab One® Account of
**TYLER L MEIGGS**

Account Number
■■■-3340

Statement Period
May 1-31, 2021

# Account Value as of 05/31/2021: $ 80,338.67 $^\Delta$

## Change in Account Value

| | This Period | Year to Date |
|---|---|---|
| **Starting Value** | $ 78,112.57 | $ 87,777.16 |
| Credits | 0.10 | 450.17 |
| Debits | 0.00 | (15,845.00) |
| Transfer of Securities (In/Out) | 0.00 | 0.00 |
| Income Reinvested | (121.64) | (404.35) |
| Change in Value of Investments | 2,347.64 | 8,360.69 |
| **Ending Value on 05/31/2021** $^\Delta$ | **$ 80,338.67** | **$ 80,338.67** |
| *Accrued Income* $^d$ | *136.19* | |
| ***Ending Value with Accrued Income*** $^{d\Delta}$ | **$ 80,474.86** | |
| **Total Change in Account Value** | **$ 2,226.10** | **$ (7,438.49)** |
| | 2.85% | (8.47)% |
| ***Total Change with Accrued Income*** $^d$ | ***$ 2,362.29*** | |

### Account Value [in Thousands]



## Asset Composition

| | Market Value | % of Account Assets |
|---|---|---|
| Bank Sweep $^{X,Z}$ | $ 12,341.16 | 15% |
| Equities | 27,890.96 | 35% |
| Exchange Traded Funds | 40,106.55 | 50% |
| **Total Assets Long** $^\Delta$ | **$ 80,338.67** | |
| Net Loan Balance | 0.00 | |
| **Total Account Value** $^\Delta$ | **$ 80,338.67** | **100%** |



- ■ 15% Bank Sweep [X,Z]
- ▓ 35% Equities
- □ 50% Exchange Traded Funds



Schwab One® Account of
**TYLER L MEIGGS**

**Account Number**
▇▇▇-3340

**Statement Period**
May 1-31, 2021

## Gain or (Loss) Summary

| | Realized Gain or (Loss) This Period | | Unrealized Gain or (Loss) |
|---|---|---|---|
| | **Short Term** | **Long Term** | |
| **All Investments** | $0.00 | $0.00 | $44,044.48 |

*Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.*

## Income Summary

| | This Period | | Year to Date | |
|---|---|---|---|---|
| | **Federally Tax-Exempt** | **Federally Taxable** | **Federally Tax-Exempt** | **Federally Taxable** |
| Bank Sweep Interest | 0.00 | 0.10 | 0.00 | 0.82 |
| Cash Dividends | 0.00 | 0.00 | 0.00 | 254.58 |
| **Total Income** | **0.00** | **0.10** | **0.00** | **255.40** |

## Margin Loan Information

| | Margin Loan Balance | Funds Available to Withdraw* | Securities Buying Power* | Margin Loan Rates Vary by Balance |
|---|---|---|---|---|
| **This Period** | 0.00 | 46,394.16 | 92,788.32 | 4.50% - 8.32% |

The opening margin loan balance for the statement period was $0.00.

For more information about the margin feature, please visit schwab.com/margin.

*Values include any cash plus the amount available using margin borrowing.

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

**Page 4 of 10**


Schwab One® Account of
**TYLER L MEIGGS**

Account Number
░░░340

Statement Period
May 1-31, 2021

## Cash Transactions Summary

| | This Period | Year to Date |
|---|---|---|
| **Starting Cash**[*] | **$ 12,462.70** | **$ 28,140.34** |
| Deposits and other Cash Credits | 0.00 | 0.00 |
| Investments Sold | 0.00 | 0.00 |
| Dividends and Interest | 0.10 | 405.17 |
| Withdrawals and other Debits | 0.00 | (15,800.00) |
| Investments Purchased | (121.64) | (404.35) |
| Fees and Charges | 0.00 | 0.00 |
| **Total Cash Transaction Detail** | **(121.54)** | **(15,799.18)** |
| **Ending Cash**[*] | **$ 12,341.16** | **$ 12,341.16** |

[*]Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

## Investment Detail - Cash and Bank Sweep

| Cash | Starting Balance | Ending Balance | % of Account Assets |
|---|---|---|---|
| Cash | 121.64 | 0.00 | |
| **Total Cash** | **121.64** | **0.00** | |

| Bank Sweep | Starting Balance | Ending Balance | % of Account Assets |
|---|---|---|---|
| Bank Sweep X,Z | 12,341.06 | 12,341.16 | 15% |
| **Total Bank Sweep** | **12,341.06** | **12,341.16** | **15%** |
| **Total Cash and Bank Sweep** | | **12,341.16** | **15%** |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

Page 5 of 10



Schwab One® Account of
**TYLER L MEIGGS**

**Account Number**
▬-3340

**Statement Period**
May 1-31, 2021

## Investment Detail - Equities

| Equities | Quantity | Market Price | Market Value | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| | Units Purchased | Cost Per Share | Cost Basis | Acquired | | Holding Days | Holding Period |
| **JOHNSON & JOHNSON** (M),4 | 51.4874 | 169.25000 | 8,714.24 | 11% | 4,853.56 | 2.38% | 208.01 |
| SYMBOL: JNJ | 1.3435 | 152.3185 ʳ | 204.64 | | 22.75 | | Short-Term |
| | 10.1439 | 111.0312 ʳ | 1,126.29 | | 590.57 | | Long-Term |
| | 40.0000 | 63.2437 | 2,529.75 | 11/21/11 | 4,240.25 | 3479 | Long-Term |
| *Cost Basis* | | | *3,860.68* | | | | *Accrued Dividend: 54.58* |
| **LILLY ELI & CO** (M),4 | 96.0084 | 199.74000 | 19,176.72 | 24% | 14,580.64 | 1.70% | 326.43 |
| SYMBOL: LLY | 1.7785 | 163.9077 ʳ | 291.51 | | 63.73 | | Short-Term |
| | 19.2299 | 76.0336 ʳ | 1,462.12 | | 2,378.86 | | Long-Term |
| | 75.0000 | 37.8993 | 2,842.45 | 02/05/09 | 12,138.05 | 4498 | Long-Term |
| *Cost Basis* | | | *4,596.08* | | | | *Accrued Dividend: 81.61* |
| **Total Equities** | **147.4958** | | **27,890.96** | **35%** | **19,434.20** | | **534.44** |
| | | **Total Cost Basis:** | **8,456.76** | | | | |

*Total Accrued Dividend for Equities: 136.19*

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

Page 6 of 10

**charles SCHWAB**

Schwab One® Account of
**TYLER L MEIGGS**

Account Number
▇3340

Statement Period
May 1-31, 2021

## Investment Detail - Exchange Traded Funds

| Exchange Traded Funds | Quantity | Market Price | Market Value | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| | Units Purchased | Cost Per Share | Cost Basis | Acquired | | Holding Days | Holding Period |
| **SPDR S&P 500 ETF IV** [(M),◊] | 95.4827 | 420.04000 | 40,106.55 | 50% | 24,610.28 | 1.21% | 488.03 |
| SYMBOL: SPY | 2.1951 | 350.0113 [r] | 768.31 | | 153.72 | | Short-Term |
| | 34.2876 | 225.0915 [r] | 7,717.85 | | 6,684.31 | | Long-Term |
| | 39.0000 | 112.3938 | 4,383.36 | 05/07/10 | 11,998.20 | 4042 | Long-Term |
| | 20.0000 | 131.3375 | 2,626.75 | 05/18/12 | 5,774.05 | 3300 | Long-Term |
| *Cost Basis* | | | *15,496.27* | | | | |
| **Total Exchange Traded Funds** | 95.4827 | | 40,106.55 | 50% | 24,610.28 | | 488.03 |
| | | *Total Cost Basis:* | *15,496.27* | | | | |

## Investment Detail - Unpriced Securities

| Unpriced Securities | Quantity | Market Price | Market Value | | Unrealized Gain or (Loss) | | |
|---|---|---|---|---|---|---|---|
| | Units Purchased | Cost Per Share | Cost Basis | Acquired | | Holding Days | Holding Period |
| **LEHMAN BROS HOLDING IXXX** | 100.0000 | N/A | N/A | | N/A | | |
| ESCROW PENDING POSSIBLE FUTURE DISTRIBUTIONS | 100.0000 | 70.0000 | 7,000.00 [e] | 09/23/08 | N/A | 4633 | Long-Term |
| **Total Unpriced Securities** | 100.0000 | | N/A | | N/A | | |
| | | *Total Cost Basis:* | *7,000.00* | | | | |

*Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only and are derived from information provided by outside parties. Schwab cannot guarantee the accuracy of such information. Since the interest and dividends are subject to change at any time, they should not be relied upon exclusively for making investment decisions. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.*

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

Page 7 of 10



Schwab One® Account of
**TYLER L MEIGGS**

Account Number
▮3340

Statement Period
May 1-31, 2021



| | |
|---|---|
| **Total Investment Detail** | 80,338.67 |

| | |
|---|---|
| **Total Account Value (excl. Unpriced Securities)** | 80,338.67 |
| *Total Cost Basis* | *30,953.03* |

## Transaction Detail - Purchases & Sales

### Exchange Traded Funds Activity

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|---|---|
| 05/03/21 | 05/03/21 | Reinvested Shares | SPDR S&P 500 ETF IV: SPY | 0.2901 | 419.3743 | (121.64) |
| **Total Exchange Traded Funds Activity** | | | | | | **(121.64)** |
| **Total Purchases & Sales** | | | | | | **(121.64)** |

## Transaction Detail - Dividends & Interest (including Money Market Fund dividends reinvested)

| Transaction Date | Process Date | Activity | Description | Credit/(Debit) |
|---|---|---|---|---|
| 05/15/21 | 05/17/21 | Bank Interest[X,Z] | BANK INT 041621-051521 | 0.10 |
| **Total Dividends & Interest** | | | | **0.10** |

| | |
|---|---|
| **Total Transaction Detail** | **(121.54)** |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

Page 8 of 10



Schwab One® Account of
**TYLER L MEIGGS**

**Account Number**
☐☐☐☐-3340

**Statement Period**
May 1-31, 2021

## Bank Sweep Activity

| Transaction Date | Transaction | Description | Withdrawal | Deposit | Balance [X,Z] |
|---|---|---|---|---|---|
| **Opening Balance [X,Z]** | | | | | **12,341.06** |
| 05/15/21 | Interest Paid [X,Z] | BANK INTEREST | | 0.10 | 12,341.16 |
| **Total Activity** | | | **0.00** | **0.10** | |
| **Ending Balance [X,Z]** | | | | | **12,341.16** |

*Bank Sweep: Interest Rate as of 05/28/21 was 0.01%. Your interest period was 04/16/21 - 05/15/21.* [Z]

## Pending Corporate Actions

| | Transaction | Quantity | Payable Date | Rate per Share | Share Distribution | Cash Distribution |
|---|---|---|---|---|---|---|
| JOHNSON & JOHNSON | Qualified Dividend | 51.4874 | 06/08/21 | 1.0600 | | 54.58 |
| LILLY ELI & CO | Qualified Dividend | 96.0084 | 06/10/21 | 0.8500 | | 81.61 |
| **Total Pending Corporate Actions** | | | | | | **136.19** |

*Pending transactions are not included in account value.*

## Endnotes For Your Account

| Symbol | Endnote Legend |
|---|---|
| Δ | Excluding unpriced securities (see Investment Detail). |
| (M) | Denotes a security that is marginable. Some mutual fund or ETF investments may not be immediately marginable. |
| ◊ | Dividends paid on this security will be automatically reinvested. |
| d | Accrued Income is the sum of the total accrued interest and/or accrued dividends on positions held in your brokerage account, but the income and/or dividends have not been received into your account and Schwab makes no representation that they will. Accrued amounts are not covered by SIPC account protection until actually received and held in the account. |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

Page 9 of 10



**Schwab One® Account** of
**TYLER L MEIGGS**

**Account Number**
■■■-3340

**Statement Period**
**May 1-31, 2021**

## Endnotes For Your Account (continued)

| Symbol | Endnote Legend |
|---|---|
| e | Data for this holding has been edited or provided by the account holder. |
| r | Reinvested dividends are summarized and the cost per share is averaged. |
| X | Bank Sweep deposits are held at FDIC-insured bank(s) ("Banks") that are affiliated with Charles Schwab & Co., Inc. |
| Z | For Bank Sweep and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its affiliated banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. |

For information on how Schwab pays its representatives, go to http://www.schwab.com/transparency.

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

**Page 10 of 10**

# Wells Fargo Everyday Checking



TYLER L MEIGGS
DEBTOR IN POSSESSION
CH 11 CASE #20-10616 (NCA)
27951 KING RIDGE RD
CAZADERO CA 95421

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-TO-WELLS**  (1-800-869-3557)

 *En español:* 1-877-727-2932

*Online:*  wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (114)
         P.O. Box 6995
         Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☑ |
| Online Bill Pay | ☑ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☑ | Debit Card | ☑ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

 IMPORTANT ACCOUNT INFORMATION

The following dedicated text telephone/telecommunication device for the deaf (TTY/TDD) lines are being retired on March 5, 2021: 800-877-4833, 800-419-2265 and 800-600-4833. We accept relay-assisted calls, including calls from the 711 service, when customers call any Wells Fargo customer service toll-free phone number. Wells Fargo will continue to provide excellent service to our deaf or hard of hearing customers and customers with speech disorders.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 5/1 | $1,836.32 |
| Deposits/Additions | 8,495.52 |
| Withdrawals/Subtractions | - 1,152.95 |
| **Ending balance on 5/31** | **$9,178.89** |

Account number:  ████9450

**TYLER L MEIGGS**
**DEBTOR IN POSSESSION**
**CH 11 CASE #20-10616 (NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  121042882



**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------|-------------|--------|---------|---------|
| 5/3 | | Recurring Payment authorized on 04/25 Hcs*Highlightsforc 888-3726433 OH S461115517341590 Card 1458 | | 20.30 | |
| 5/3 | | Purchase authorized on 04/29 Jack IN The Box 34 Lakeport CA S581119648413268 Card 1458 | | 16.90 | |
| 5/3 | | Purchase authorized on 05/01 Braito's Riviera Kelseyville CA P00381122043385440 Card 1458 | | 48.05 | |
| 5/3 | | Purchase authorized on 05/02 Kit's Corner MA Kelseyville CA P00000000483675468 Card 1458 | | 23.45 | 1,727.62 |
| 5/5 | | Purchase authorized on 05/04 Safeway #0983 Lakeport CA P00301125073897339 Card 1458 | | 80.79 | 1,646.83 |
| 5/6 | | Recurring Payment authorized on 05/04 Natl Gen Ins*Recur 800-462-2123 NY S301124485521414 Card 1458 | | 122.61 | 1,524.22 |
| 5/10 | | Purchase authorized on 05/07 McDonald's F5413 Lakeport CA S461127785121933 Card 1458 | | 21.92 | |
| 5/10 | | Purchase authorized on 05/07 Chevron 0376783 Lakeport CA S461127795490043 Card 1458 | | 89.27 | 1,413.03 |
| 5/11 | | Fire Insurance Multi-Clms 051021 02E1629837913C2 Tyler Meiggs | 219.29 | | |
| 5/11 | | Fire Insurance Multi-Clms 051021 02E1629837931C2 Tyler Meiggs | 585.89 | | |
| 5/11 | | Fire Insurance Multi-Clms 051021 02E1629837905C2 Tyler Meiggs | 7,690.34 | | |
| 5/11 | | Recurring Payment authorized on 05/09 Abcmouse.Com* 800-633-3331 CA S381129401499949 Card 1458 | | 59.40 | 9,849.15 |
| 5/12 | | Purchase authorized on 05/12 Soda Bay Market Kelseyville CA P00000000280288744 Card 1458 | | 20.28 | 9,828.87 |
| 5/14 | | Purchase authorized on 05/13 Kaiser Pharm 02701 Santa Rosa CA S581133738632067 Card 1458 | | 39.45 | 9,789.42 |
| 5/18 | | Purchase authorized on 05/16 Sq *C & E Corner C Lakeport CA S381137067003333 Card 1458 | | 13.75 | 9,775.67 |
| 5/19 | | Purchase authorized on 05/18 Braito's Riviera Kelseyville CA P00581139069976933 Card 1458 | | 72.72 | |
| 5/19 | | Purchase authorized on 05/19 Finley Country Market Lakeport CA P00000000334916053 Card 1458 | | 9.74 | 9,693.21 |
| 5/20 | | Purchase authorized on 05/20 Safeway #0983 Lakeport CA P00381140825832070 Card 1458 | | 413.29 | 9,279.92 |
| 5/21 | | Purchase authorized on 05/19 Chevron 0376783 Lakeport CA S381139810143391 Card 1458 | | 80.73 | 9,199.19 |
| 5/24 | | Recurring Payment authorized on 05/16 Hcs*Highlightsforc 888-3726433 OH S301136514934383 Card 1458 | | 20.30 | 9,178.89 |
| **Ending balance on 5/31** | | | | | **9,178.89** |
| **Totals** | | | **$8,495.52** | **$1,152.95** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*



---

**Summary of Overdraft and Returned Item Fees**

|  | Total this statement period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $35.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*Year-to-date totals reflect fees assessed or reversed since the first full statement period of the calendar year. Negative values indicate that fee reversals exceed fees assessed.*

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 05/01/2021 - 05/31/2021 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $500.00 | $1,413.03 ☑ |
| · Total amount of qualifying direct deposits | $500.00 | $8,495.52 ☑ |
| · Age of primary account owner | 17 - 24 | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.

RC/RC



# IMPORTANT ACCOUNT INFORMATION

---

**Can we reach you when it's really important?**

Don't miss suspicious-activity alerts and critical account information. Please make sure your contact information is current by:
- Signing on to wellsfargo.com or the Wells Fargo Mobile® app and navigating to the Update Contact Information page via My Profile
- Contacting the phone number at the top of your statement
- Visiting a branch



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.    $ _____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

+ $ _____

**C** **Add** **A** and **B** to calculate the subtotal.    = $ _____

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

- $ _____

**E** **Subtract** **D** **from** **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.

= $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801

Member FDIC.