```
1   Jacquelyn H. Choi (SBN 211560)
    RIMON, P.C.
2   2029 Century Park East, Suite 400N
    Los Angeles, CA 90067-2905
3   Telephone: (310) 525-5859
    Facsimile: (310) 525-5859
4   Email: jacquelyn.choi@rimonlaw.com
5
    Attorneys for County of Sonoma
6
```

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA - SANTA ROSA DIVISION

| In re: | Case No. 20-10616 (CN) |
|---|---|
| TYLER LEASE MEIGGS, | Chapter 11 |
| | **PROOF OF SERVICE** |
| Debtor and Debtor-in-Possession. | |

I, <u>Esteban Garcia</u>, certify as follows:

I am employed in the County of San Diego, State of California. My business address is: 2029 Century Park East, Suite 400N, Los Angeles, CA 90067. I am over the age of eighteen years and not a party to this cause.

On August 3, 2021, true and correct copies of:

- **STIPULATION FOR ENTRY OF ORDER DETERMINING COUNTY OF SONOMA'S DEBT TO BE EXCEPTED FROM DISCHARGE PURSUANT TO 11 U.S.C. § 523(a)(7)**

were caused to be served, as indicated below, by the Court via NEF and hyperlink to the documents and/or by First Class United States Mail:

**DEBTOR**

**(via First Class U.S. Mail)**

Tyler Lease Meiggs
P.O. Box 2073
Guerneville, CA 95446

**ATTORNEY FOR DEBTORS**
**(via ECF)**

Ruth Elin Auerbach
Law Offices of Ruth Elin Auerbach
77 Van Ness Ave. #201
San Francisco, CA 94102
attorneyruth@sbcglobal.net

**UNITED STATES TRUSTEE**
**(via ECF)**

Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Floor
#05-0153
San Francisco, CA 94102
USTPRegion17.SF.ECF@usdoj.gov
suhey.ramirez@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 03, 2021

By: /s/ *Esteban Garcia*
ESTEBAN GARCIA