Entered on Docket
August 05, 2021
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Jacquelyn H. Choi (SBN 211560)
RIMON, P.C.
2029 Century Park East, Suite 400N
Los Angeles, CA 90067-2905
Telephone: (310) 525-5859
Facsimile: (310) 525-5859
Email: jacquelyn.choi@rimonlaw.com

Attorneys for County of Sonoma

The following constitutes the order of the Court.
Signed: August 5, 2021

_____
Charles Novack
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>TYLER LEASE MEIGGS,<br><br>Debtor and<br>Debtor-in-Possession. | Case No. 20-10616<br><br>Chapter 11<br><br>**ORDER GRANTING STIPULATION FOR ENTRY OF ORDER DETERMINING COUNTY OF SONOMA'S DEBT TO BE EXCEPTED FROM DISCHARGE PURSUANT TO 11 U.S.C. § 523(a)(7)**<br><br>[NO HEARING REQUIRED] |

**TO THE HONORABLE CHARLES NOVACK, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE AND TO ALL INTERESTED PARTIES:**

The County of Sonoma (the "County") and Tyler Lease Meiggs (the "Debtor") (collectively, the "Parties") entered into a *Stipulation For Entry Of Order Determining County of Sonoma's Debt To Be Excepted From Discharge Pursuant to 11 U.S.C. § 523(a)(7)* (the "Stipulation"), which was filed in the above-captioned Court on August 3, 2021 [Docket No. 90].

Upon consideration of the Stipulation, and good cause appearing therefore, the Court hereby orders as follows:

1

1. The Stipulation is approved; and

 2. The County's Debt in the total sum of $600,000.00 is hereby excepted from discharge pursuant to 11 U.S.C. § 523(a)(7).

**APPROVED AS TO FORM**

Dated: August 3, 2021          LAW OFFICE OF RUTH AUERBACH

By: /s/ Ruth Elin Auerbach
Ruth Elin Auerbach
Attorneys for Debtor and Debtor-in-Possession

Dated: August 3, 2021          RIMON, P.C.

By: /s/ Jacquelyn H. Choi
Jacquelyn H. Choi
Attorneys for County of Sonoma

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

ECF Recipients

<u>Via U.S. Mail</u>
Tyler Lease Meiggs
P.O. Box 2073
Guerneville, CA 95446-2073