# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–1 | User: admin | Date Created: 8/5/2021 |
| Case: 20–10616 | Form ID: pdfeoc | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db     Tyler Lease Meiggs     P. O. Box 2073     Guerneville, CA 95446

TOTAL: 1