MARY ELLMANN TANG (SBN 154340)
PATRICIA H. LYON (SBN 126761)
KEVIN E. FUSCH (SBN 255877)
FRENCH LYON TANG
A Professional Corporation
1550 Parkside Dr., Suite 250
Walnut Creek, CA 94596
Telephone: (925) 678-1876

Attorneys for Secured Creditor
BANK OF THE WEST

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

In Re:

TYLER LEASE MEIGGS,

    Debtor.

_____/

Case No. 20-10616-CN-11
Chapter 11

DECLARATION IN SUPPORT OF OBJECTION

Confirmation Hearing
Date: October 1, 2021
Time: 11:00 am
via Tele/Videoconference
www.canb.uscourts.gov/calendars

I, AIMEE NANON, declare as follows:

1. I am a Bankruptcy Supervisor with Bank of the West, the Bank herein.

2. In my capacity as Bankruptcy Supervisor, I am one of the custodians of the books, records and files of Bank as those books, records and files pertain to the account described herein. I have personally worked on said books, records and files, and as to the following facts, I know them to be true of my own knowledge, or have gained knowledge of them from the business records of Bank, maintained in the ordinary course of business. If called upon to testify in this action as to the matters set forth in this Declaration, I could and would competently testify thereto.

3. The Bank incorporates its Declaration in Support of Motion for Relief from Stay filed as Docket #44 on February 3, 2021 which describes the vehicle purchase contract

("Agreement") of the 2011 Ford F150 ("Truck"), the Bank's perfection of its security interest in the Truck, and the Bank's valuation of a vehicle similar to the Truck which was $24,350.00. The Debtor's amended schedules state the value of the Truck is $15,000 (Docket #26).

4. Prepetition, the Bank engaged repossession agents to recover the Truck beginning in December 2019. After over ten months of multiple unsuccessful attempts to repossess the Truck, the Bank's agents were informed by an associate of the Debtor that the Debtor had sold the Truck to a third party for cash.

5. The insurance the Bank received from the Debtor post-petition regarding the Truck is an application not a policy, is incomplete, protects the interest of third party Samuel Sanchez Arias only, specifically excludes the Debtor as a driver, does not indicate who the owner of the Truck is, and fails to list the Bank as the loss payee.

6. Due to the Debtor's default, the Bank filed a motion for relief from stay which was settled with an adequate protection order ("APO"). The Debtor defaulted on the APO and the Bank received relief from stay as to the Truck on March 31, 2021.

7. The Debtor remains in default under the Agreement. The Agreement matured on March 14, 2021.

8. Since the case was filed, the Bank has received the following payments:

| Amount | Date Received |
|---|---|
| $1,297.17 | 5/7/21 |
| $1,297.17 | 7/16/21 |
| $1,297.17 | 8/2/21 |

9. There is now due, owing and unpaid on the Agreement the sum of $9,749.39 as of August 13, 2021, which includes post-petition attorney's fees and costs incurred to date, with interest, late charges, and attorney's fees accruing.

10. After obtaining relief from stay as to the Truck on March 31, 2021, the Bank re-engaged repossession agents to recover the Truck starting in mid-April, 2021. The repossession agents reported to the Bank that they searched for the Truck multiple times at

the Monte Rio address of the third party listed in the insurance documents, as well as at addresses thought to be the Debtor's in Cazadero and Guerneville, but they could not locate the Truck.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 19 day of August 2021, at San Ramon, California.

_____
AIMEE NANON