MARY ELLMANN TANG (SBN 154340)
PATRICIA H. LYON (SBN 126761)
KEVIN E. FUSCH (SBN 255877)
FRENCH LYON TANG
A Professional Corporation
1550 Parkside Drive, Suite 250
Walnut Creek, CA 94596
Telephone: (925) 678-1876

Attorneys for Movant
BANK OF THE WEST

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>TYLER LEASE MEIGGS,<br><br>    Debtor.<br><br>_____/ | Case No. 20-10616-CN-11<br>Chapter 11<br><br>CERTIFICATE OF SERVICE<br><br><u>Confirmation Hearing</u><br>Date: October 1, 2021<br>Time: 11:00 am<br>via Tele/Videoconference<br>www.canb.uscourts.gov/calendars |

I, NICOLE FEARS, declare:

    I am over the age of eighteen years, and not a party to the within action. I am employed in the County of Contra Costa, State of California. My business address is 1550 Parkside Drive, Suite 250, Walnut Creek, California 94596. Service was made under the direction of Mary Ellmann Tang, Esq., who is an active member of the State Bar of California and is not a party to the action.

    On August 19, 2021, I served the foregoing documents described as: OBJECTION TO CHAPTER 11 PLAN AND DECLARATION IN SUPPORT OF OBJECTION on the interested parties in this matter by placing true copies thereof in sealed envelopes addressed as follows:

| | |
|---|---|
| <u>Debtor</u><br>Tyler Lease Meiggs<br>P.O. Box 2073<br>Guerneville CA 95446 | <u>U.S. Trustee's Counsel</u><br>Suhey Ramirez<br>Office of the United States Trustee<br>280 South 1st St.<br>San Jose, CA 95113 |

| | |
|---|---|
| <u>Debtor's Counsel</u><br>Ruth Elin Auerbach<br>Law Offices of Ruth Elin Auerbach<br>77 Van Ness Ave. #201<br>San Francisco, CA 94102 | Ais Portfolio Services LP<br>Attn: Capital One Auto Finance<br>Account: XXXXXXXXX0630<br>4515 N Santa Fe Ave. Dept. Aps<br>Oklahoma City, OK 73118 |
| <u>U.S. Trustee</u><br>Office of the U.S. Trustee / SR<br>Office of the United States Trustee<br>Phillip J. Burton Federal Building<br>450 Golden Gate Ave. 5th Fl., #05-0153<br>San Francisco, CA 94102 | Attorney for County of Sonoma<br>Jacquelyn H. Choi<br>Rimon P.C.<br>2029 Century Park East Suite 400N<br>Los Angeles, CA 90067 |
| Thomas P. Kelly, III<br>Law Offices of Thomas P. Kelly III<br>P. O. Box 1405<br>Santa Rosa, CA 95402 | |
| <u>Twenty Largest Unsecured Creditors</u><br>Wells Fargo Credit Services<br>P. O. Box 51193<br>Los Angeles, CA 90051 | Rogoway Law Group<br>115 Fourth Street, Suite B<br>Santa Rosa, CA 95401 |
| Internal Revenue Service<br>Special Procedures<br>P. O. Box 7346<br>Philadelphia, PA 19101 | Franchise Tax Board<br>Bankruptcy Unit MS A-340<br>P. O. Box 2952<br>Sacramento, CA 95812-2952 |

I caused such envelopes to be deposited in the mail at Walnut Creek, California. The envelopes were mailed first class mail with postage thereon fully prepaid. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 19th day of August 2021, at Walnut Creek, California.

/s/Nicole Fears
NICOLE FEARS