

RUTH ELIN AUERBACH, SBN 104191
Attorney at Law
77 Van Ness Ave., Suite 201
San Francisco, CA 94102
Tel: (415) 722-5596
Fax: (415) 731-9982
Email: attorneyruth@sbcglobal.net

**The following constitutes the order of the Court.**
**Signed: January 31, 2022**

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

Attorney for Debtor, Tyler Lease Meiggs

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

In re: ) Case No.: 20-10616
) Chapter 11
TYLER LEASE MEIGGS, )
) Hearing Date: January 26, 2022
Debtor. ) Time: 11:00 A.M. (Via Zoom)
)
) Hon. Charles Novack

### ORDER GRANTING FINAL APPROVAL OF DISCLOSURES AND CONFIRMING DEBTOR'S PLAN FILED JANUARY 18, 2022

The Combined Plan and Tentatively Approved Disclosure Statement filed January 18, 2022, Docket No. 124 ("The Plan"), by TYLER LEASE MEIGGS having been duly transmitted to creditors; and

It having been determined after hearing on notice that the requirements for confirmation set forth in 11 U.S.C. §1129(a) have been satisfied;

IT IS HEREBY ORDERED that the tentatively approved disclosures are approved.

IT IS FURTHER ORDERED that the Plan, Docket No. 124 is hereby confirmed subject to the following: within 14 days of the entry of this Order confirming the Plan the Debtor shall provide Bank of the West with physical possession of the 2011 Ford F150 at

ORDER CONFIRMING PLAN        - 1

a mutually agreeable location unless the Debtor prior to that time pays off the Bank's secured claim in full.

Approved as to form:

FRENCH LYON TANG

By:___/s/ Mary Ellman Tang_____
MARY ELLMANN TANG,
Attorney for Bank of the West

**end of order**

Case: 20-10616   Doc# 128   Filed: 01/31/22   Entered: 01/31/22 16:16:46   Page 2 of 3

<u>Court Service List</u>

N/A

Case: 20-10616   Doc# 128   Filed: 01/31/22   Entered: 01/31/22 16:16:46   Page 3 of 3