

The following constitutes the order of the Court.
Signed: July 13, 2022

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 20-10616 CN<br>Chapter 11 |
| TYLER LEASE MEIGGS, | |
| Debtor. | **ORDER DENYING MOTION FOR RELIEF FROM AUTOMATIC STAY** |

On July 6, 2022, the court conducted a hearing on Capital One Auto Finance's Motion for Relief from Automatic Stay (the "Motion"). Appearances were stated on the record. For the reasons stated on the record,

**IT IS HEREBY ORDERED** that the Motion is denied as moot. The Order Granting Final Approval of Disclosures and Confirming Debtor's Plan filed January 18, 2022 entered on the Bankruptcy Court Docket on January 31, 2022 [D.E. 128] terminated the automatic stay with regard to moving party's secured claim. Accordingly, the Motion is moot.

**\* \* \* END OF ORDER \* \* \***

1

**ORDER**

UNITED STATES BANKRUPTCY COURT
For The Northern District Of California

Case No. 20-10616 CN

Tyler Lease Meiggs
P. O. Box 2073
Guerneville, CA 95446

Other recipients are ECF participants

**ORDER**

Case: 20-10616   Doc# 136   Filed: 07/13/22   Entered: 07/13/22 15:11:07   Page 2 of 2