RUTH ELIN AUERBACH (SBN 104191)
Law Office of Ruth Auerbach
236 West Portal Ave., #185
San Francisco, CA 94127
Tel:  (415) 722-5596
Fax:  (415) 731-9982
e-mail:  ruth.auerbach.esq@gmail.com
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No.: 20-10616 CN |
| | ) |
| TYLER LEASE MEIGGS, | ) CHAPTER 11 |
| | ) |
| Debtor. | ) |
| | ) Date:  March 15, 2023 |
| | ) Time:  11:00 A.M. |
| | ) Via Zoom/Teleconference |
| | ) Hon. Charles Novack |
| | ) |

**APPLICATION FOR FINAL DECREE**

TO THE HONORABLE CHARLES NOVACK, UNITED STATES BANKRUPTCY

JUDGE:

TYLER LEASE MEIGGS,   the reorganized Debtor herein, hereby applies for a

Final Decree in this Chapter 11 case, pursuant to Rule 3022 of the Federal Rules of

Bankruptcy Procedure, and in support thereof states:

1. This case was filed on .  The Order confirming the Debtor's Plan was entered

   on January 21, 2022.

2. The Plan has been substantially consummated.

3. All reports have been filed.  The Debtor has made all payments due to the

   United States Trustee.

4.  All litigation involving the debtor has been resolved and there is no need for further Court administration.

WHEREFORE, the Debtor respectfully requests that this Court enter its order for Final Decree, and that this Chapter 11 case be closed.

Dated: February 24, 2023        LAW OFFICE OF RUTH AUERBACH

By:__/s/ Ruth Elin Auerbach_____
RUTH ELIN AUERBACH, Attorney for
Reorganized Debtor,  TYLER LEASE MEIGGS