RUTH ELIN AUERBACH (SBN 104191)
Law Office of Ruth Auerbach
236 West Portal Ave., #185
San Francisco, CA 94102
Tel: (415) 722-5596
Fax: (415) 731-9982
e-mail: ruth.auerbach.esq@gmail.com

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                )   Case No.: 20-10616

                    )

TYLER LEASE MEIGGS,      )   CHAPTER 11

                    )

      Debtors.        )

                    )

## DECLARATION OF TYLER MEIGGS IN SUPPORT OF
## EX-PARTE APPLICATION FOR FINAL DECREE

I, TYLER LEASE MEIGGS, declare that:

1. I am one of the Debtors herein.

2. I have made the payments due to creditors under the Plan.

3. All litigation and other administrative matters regarding this Debtor are

concluded, and I believe that no further Court action will be necessary.

I declare under penalty of perjury that the foregoing is true and correct. Executed at

_redding_, California, this _8_ day of _December_, 2022.

_____
TYLER LEASE MEIGGS

DECLARATION IN SUPPORT OF
APPLICATION FOR FINAL DECREE - 1