

RUTH ELIN AUERBACH (SBN 104191)
Law Office of Ruth Auerbach
236 West Portal Ave., #185
San Francisco, CA 94127
Tel:  (415) 722-5596
Fax:  (415) 731-9982
e-mail:  ruth.auerbach.esq@gmail.com

Attorney for Reorganized Debtor

**The following constitutes the order of the Court.**
**Signed: March 16, 2023**



_____
**Charles Novack**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No.: 20-10616 CN |
| | ) |
| TYLER LEASE MEIGGS, | ) CHAPTER 11 |
| | ) |
| Debtor. | ) |
| | ) Hearing Date:  March 15, 2023 |
| | ) Time:  11:00 A.M. |
| | ) Via Zoom/Teleconference |
| | ) |
| | ) Hon. Charles Novack |

### ORDER FOR FINAL DECREE

The Court having considered the Debtor's Application for Final Decree, Docket No. 140, said application having been duly served and no opposition to the Application having been filed, and good cause appearing,

IT IS HEREBY ORDERED that the Debtor's Application is granted.  The Clerk is hereby directed to enter the final decree in this Chapter 11 case, after which the case may be closed.

**end of order**

<u>Court Service List</u>

N/A

ORDER GRANTING APPLICATION FOR FINAL DECREE - 2